Rodney R. Parker (4110)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah  84111
(801) 521-9000

Andrew A. Lothson (*pro hac vice*)
Benjamin D. Lothson (*pro hac vice*)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRETT NIELSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1-X,<br><br>　　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00011-HCN-DBP |

### STIPULATION OF DISMISSAL WITH PREJUDICE

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, Remington Arms Company, LLC, stipulate to the dismissal with prejudice of this action.  The parties shall each bear their own costs and attorneys' fees.


　　Dated:  December 4, 2023

Respectfully submitted,

*/s/ Daniel F. Bertch*
Daniel F. Bertch (4728)
BERTCH ASSOCIATES
7070 South 2300 East, Suite 100
Salt Lake City, UT 84121
Telephone: (801) 424-3800
Facsimile: (866) 292-2059
dan@bertchassociates.com

***Attorneys for Plaintiff***

*/s/ Andrew A. Lothson*
Andrew A. Lothson (*pro hac vice* admitted)
Benjamin D. Lothson (*pro hac vice* admitted)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Telephone (312) 321-9100
Facsimile (312) 321-0990
alothson@smbtrials.com
blothson@smbtrials.com

Rodney R. Parker (4110)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah  84111
(801) 521-9000

***Attorneys for Defendant***